JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. G., by and through guardian ad litem,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 24-2380-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 5, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge